# EXHIBIT A



18388 McCartney Way Richmond, BC V6W 0A1

## Order Confirmation 81100 for Dickinson Frozen Foods
## IQF Tunnel Freezer for 8,000 lb/hr Diced & Shredded Potato

Dickinson Frozen Foods  
903 E 3000 N  
Sugar City, ID  
83448

March 11, 2016

**Attention: Mr. Todd Campbell**

Dear Mr. Campbell:

We thank you for your Purchase Order X11082 and are pleased to supply the following equipment:

### *1. Equipment*

One (1) FPS model MT5-6 IQF Tunnel Freezer for 8,000 lb/hr diced and shredded potato with a 60" wide belt for freezing from an infeed temperature of 130°F to an equilibrated outfeed temperature of 0°F

### *2. Extent of Delivery*

- Conveying construction is all stainless steel including belt supports, coil supports, baffling, etc.
- Infeed belt washer, steam box and belt dryer
- Floor, ceiling and enclosure are part of an integrated welded, insulated structural system
- Coil design is stainless steel tube with aluminum fins
- Six (6) freezer coils on sequential hot gas defrost design on individual variable frequency drives on fan motors
- Interior LED lighting with polycarbonate enclosures
- NEMA4 stainless steel control panel complete with Allen Bradley Compactlogix PLC, Allen Bradley Panelview 1000 color touch screen, drive frequency inverters, motor starters, circuit breakers, safety switches and emergency push stop
- Installation labor & supervision
- 7 day startup training
- Engineering drawings & utilities will be delivered 4-6 weeks after approval of layout drawing
- CPT Sugar City, ID



Order Confirmation 81100

March 11, 2016
Dickinson Frozen Foods

### 3. Pricing

Price for equipment and services are inclusive as listed in this quotation, exclusive of taxes, licenses and all special code requirements or permits:

**One (1) FPS Model MT5-6 IQF Tunnel** ...................................................**USD$926,000**

**Delivery Terms:** CPT Sugar City, ID



March 11, 2016
Dickinson Frozen Foods

Order Confirmation 81100

**Options:**

- Fully welded stainless steel enclosure.................................................Included
- Stainless steel tube/aluminum fin on all coils................................Included
- Up to 30" stainless steel support legs................................................Included
- Infeed steam box/ wash station........................................................Included
- Discharge air balance fan with VFD control..................................Included
- Sequential hot gas defrost design:
    - Six (6) sequential defrost individual coils
    - Variable frequency drives on six fan motors
    - Hot gas programming
    - Baffles/partitions...........................................................................Included



Order Confirmation 81100

March 11, 2016
Dickinson Frozen Foods

### 4. Delivery

From receipt of down payment no later than March 17, 2016, equipment will be ready for shipment no later than the middle of July 2016.

### 5. Building Access

A minimum of 14ft (H) x 14ft (W) access to location of installation is required.

### 6. Warranty

Equipment mechanical warranty is 12 months from start-up but not beyond 15 months from delivery. Components of other manufacturers such as electrical components and conveyor belt incorporated into FPS equipment will be under the warranty of the relevant manufacturer or its representatives.

Warranty terms apply only when equipment is operated and maintained according to the service manual.

FPS will be pleased to negotiate maintenance service on a contract basis.

### 7. Payment Terms

| | |
|---|---|
| 40% | Down payment |
| 55% | Payment due when equipment is ready for shipment and prior to shipment |
| 5% | Payment due 60 days after start-up, no later than 70 days after equipment is ready for shipment |



March 11, 2016
Dickinson Frozen Foods

Order Confirmation 81100

### 8. Exclusions (to be supplied by customer):

- Floor preparation for freezer installation
- Upstream/downstream conveyors
- External platforms and ladders
- Refrigeration equipment, piping, valves and refrigerant charge
- Water supply, piping, valves and connections
- Hot gas defrost valves and piping
- Main power supply to control panel
- Electrical wiring between control panel and components
- Water supply piping, fittings and valves
- Offloading and rigging
- Forklifts and scissor lifts during installation
- Any import duties, permits, licenses and taxes, where applicable



Order Confirmation 81100

March 11, 2016
Dickinson Frozen Foods

### 9. Technical Specifications

| | |
|---|---|
| **Model** | FPS Model MT5-6 IQF Tunnel Freezer |
| Layout Drawing Number | Q160117-01A |
| Enclosure Dimensions | 49'-3" L x 13'-0" W x 13'-0" H |
| Overall Belt Width | 5'-0" |

### Product Specifications:

| | |
|---|---|
| Base Product | Diced & shredded potato |
| Throughput capacity | 8,000 lb/hr |
| Infeed Temperature | +130°F |
| Discharge Temperature | 0°F (equilibrated) |

### Electrical Specifications:

| | |
|---|---|
| Main Power Supply | 460V/3ph/60Hz |
| Control Power Supply | 24V DC |
| Circulation Fan motor | 6 x 30 hp = 180 hp (all on VFDs) |
| Belt drive motor | 2 x 2 hp |
| Belt dryer motor | 1 x 7.5 hp |
| Air balance fan motor | 1 x 3 hp |

### Freezer Refrigeration Specifications:

| | |
|---|---|
| Refrigeration requirement | 210TR |
| Evaporator temperature | -40°F |
| Number of coils | 6 |
| Refrigeration Feed | Ammonia 4:1 liquid recirculation bottom feed |
| Defrost Method | Sequential hot gas defrost |

### Water & Steam Specifications:

| | |
|---|---|
| Belt Wash Water Supply | 50 GPM @ 30 psig, 60-120°F |
| Steam supply | 300 lb/hr |



March 11, 2016
Dickinson Frozen Foods

### 10. Equipment Construction

| | |
|---|---|
| **Insulated Floor:** | 14 gauge SS304 stainless steel, fully welded |
| **Insulated Enclosure:** | 16 gauge SS304 stainless steel, fully welded<br>5" thick polyurethane insulation<br>Electrically heated doors and solid silicon gasket |
| **Conveyor Belt:** | Stainless steel<br>B72-24-16 balanced weave mesh belt<br>Stainless steel C2060 roller chain |
| **Conveyor Structure:** | SS304 stainless steel open structure design<br>Polyethylene rail support |
| **Drive System:** | Direct drive, SEW Eurodrive motor and reducer<br>SS304 Stainless steel shaft<br>Polyethylene sprocket and idler wheels |
| **Infeed & Discharge:** | SS304 stainless steel structure complete with infeed and discharge belt washer and dryer |
| **Circulation fan motors:** | Aluminum centrifugal plug fan wheel and cone<br>External mounted Baldor TEFC E-pac Dirty Duty electric motor |
| **Evaporator Coils:** | 7/8" O.D. stainless steel tube, inline pattern<br>0.020" thick aluminum fins<br>SS304 stainless steel tube sheet |
| **Control Panel:** | SS304 stainless steel enclosure, NEMA4, CUL certified<br>Allen Bradley Compactlogix PLC<br>Allen Bradley Panelview 1000 color touch screen<br>Drive frequency inverters, motor starters, circuit breakers<br>Safety limit switches, emergency push stop |



Order Confirmation 81100

March 11, 2016
Dickinson Frozen Foods

We trust the enclosed Order Confirmation and details meet your requirements. Should you require any further information, please contact us.

**Sincerely,**

**FPS Food Process Solutions Corp**          **Purchase Order Confirmed by:**

**Dickinson Frozen Foods**

Justin Lai                                    Name: _[signature]_

VP- Sales & Marketing                         Title: _Director of Operations_
                                              _3/11/16_