# EXHIBIT A



Dickinson Frozen Foods Inc.
1205 E. Iron Eagle, Suite B
Eagle, ID 83616
208-938-7540

**PURCHASE ORDER**

Order No.: X11082
Order Date: 03/11/16
Page: 1

Original Order No.
External Doc. No.
Drop Ship Order No.

**To:** FPS FOOD PROCESS SOLUTIONS
18388 MCCARTNEY WAY
Richmond, V6W 0A1
Canada

**Ship To:**

Ship Via
Receive By
Terms        Net 0 (Due upon receipt)

Phone No.  208-938-7540
Vendor ID   V5935
Vendor Order No.

| No. | Vendor No. | Description | Dept. | Quantity | UOM | Tax Group | Unit Price | Total Price |
|-----|-----------|-------------|-------|----------|-----|-----------|------------|-------------|
| 16010 | | MT5-6 IQF Tunnel Freezer | 510 | 1 | EACH | NOTAX | ************ | 925,000.00 |
| 16010 | | Freight - Estimated | 510 | 1 | EACH | NOTAX | 1,000.00 | 1,000.00 |

| | |
|---|---|
| Subtotal: | 926,000.00 |
| Invoice Discount | 0.00 |
| Total Sales Tax: | 0.00 |
| Total: | 926,000.00 |

Approved By:



18388 McCartney Way Richmond, BC V6W 0A1

## Order Confirmation 81100 for Dickinson Frozen Foods
## IQF Tunnel Freezer for 8,000 lb/hr Diced & Shredded Potato

Dickinson Frozen Foods                                              March 11, 2016
903 E 3000 N
Sugar City, ID
83448

### Attention: Mr. Todd Campbell

Dear Mr. Campbell:

We thank you for your Purchase Order X11082 and are pleased to supply the following
equipment:

### 1. Equipment

One (1) FPS model MT5-6 IQF Tunnel Freezer for 8,000 lb/hr diced and shredded
potato with a 60" wide belt for freezing from an infeed temperature of 130ºF to an
equilibrated outfeed temperature of 0ºF

### 2. Extent of Delivery

- Conveying construction is all stainless steel including belt supports, coil supports,
  baffling, etc.
- Infeed belt washer, steam box and belt dryer
- Floor, ceiling and enclosure are part of an integrated welded, insulated structural
  system
- Coil design is stainless steel tube with aluminum fins
- Six (6) freezer coils on sequential hot gas defrost design on individual variable
  frequency drives on fan motors
- Interior LED lighting with polycarbonate enclosures
- NEMA4 stainless steel control panel complete with Allen Bradley Compactlogix PLC,
  Allen Bradley Panelview 1000 color touch screen, drive frequency inverters, motor
  starters, circuit breakers, safety switches and emergency push stop
- Installation labor & supervision
- 7 day startup training
- Engineering drawings & utilities will be delivered 4-6 weeks after approval of layout
  drawing
- CPT Sugar City, ID

 FPS FOOD PROCESS SOLUTIONS

Order Confirmation 81100

March 11, 2016
Dickinson Frozen Foods

### 3. Pricing

Price for equipment and services are inclusive as listed in this quotation, exclusive of taxes, licenses and all special code requirements or permits:

**One (1) FPS Model MT5-6 IQF Tunnel** ..................................................**USD$926,000**

**Delivery Terms:**   **CPT Sugar City, ID**

 **FOOD PROCESS SOLUTIONS**

Order Confirmation 81100

March 11, 2016
Dickinson Frozen Foods

**Options:**

- Fully welded stainless steel enclosure ........................................Included
- Stainless steel tube/aluminum fin on all coils ........................Included
- Up to 30" stainless steel support legs ....................................Included
- Infeed  steam box/ wash station..............................................Included
- Discharge air balance fan with VFD control ...........................Included
- Sequential hot gas defrost design:
    - Six (6) sequential defrost individual coils
    - Variable frequency drives on six fan motors
    - Hot gas programming
    - Baffles/partitions.........................................................Included



March 11, 2016
Dickinson Frozen Foods

## 4. Delivery

From receipt of down payment no later than March 17, 2016, equipment will be ready for shipment no later than the middle of July 2016.

## 5. Building Access

A minimum of 14ft (H) x 14ft (W) access to location of installation is required.

## 6. Warranty

Equipment mechanical warranty is 12 months from start-up but not beyond 15 months from delivery. Components of other manufacturers such as electrical components and conveyor belt incorporated into FPS equipment will be under the warranty of the relevant manufacturer or its representatives.

Warranty terms apply only when equipment is operated and maintained according to the service manual.

FPS will be pleased to negotiate maintenance service on a contract basis.

## 7. Payment Terms

| | |
|---|---|
| 40% | Down payment |
| 55% | Payment due when equipment is ready for shipment and prior to shipment |
| 5% | Payment due 60 days after start-up, no later than 70 days after equipment is ready for shipment |

 **FOOD PROCESS SOLUTIONS**

March 11, 2016
Dickinson Frozen Foods

## 8. Exclusions (to be supplied by customer):

- Floor preparation for freezer installation
- Upstream/downstream conveyors
- External platforms and ladders
- Refrigeration equipment, piping, valves and refrigerant charge
- Water supply, piping, valves and connections
- Hot gas defrost valves and piping
- Main power supply to control panel
- Electrical wiring between control panel and components
- Water supply piping, fittings and valves
- Offloading and rigging
- Forklifts and scissor lifts during installation
- Any import duties, permits, licenses and taxes, where applicable

 **FOOD PROCESS SOLUTIONS**

March 11, 2016
Dickinson Frozen Foods

## 9. Technical Specifications
**Model**                         FPS Model MT5-6 IQF Tunnel Freezer
        Layout Drawing Number         Q160117-01A
        Enclosure Dimensions           49'-3" L x 13'-0" W x 13'-0" H
        Overall Belt Width                5'-0"

### Product Specifications:
        Base Product                     Diced & shredded potato
        Throughput capacity            8,000 lb/hr
        Infeed Temperature             +130°F
        Discharge Temperature        0°F (equilibrated)

### Electrical Specifications:
        Main Power Supply             460V/3ph/60Hz
        Control Power Supply           24V DC
        Circulation Fan motor          6 x 30 hp = 180 hp (all on VFDs)
        Belt drive motor                2 x 2 hp
        Belt dryer motor                1 x 7.5 hp
        Air balance fan motor          1 x 3 hp

### Freezer Refrigeration Specifications:
        Refrigeration requirement     210TR
        Evaporator temperature       -40°F
        Number of coils                6
        Refrigeration Feed            Ammonia 4:1 liquid recirculation bottom feed
        Defrost Method                Sequential hot gas defrost

### Water & Steam Specifications:
        Belt Wash Water Supply      50 GPM @ 30 psig, 60-120°F
        Steam supply                  300 lb/hr



Order Confirmation 81100

March 11, 2016
Dickinson Frozen Foods

### 10. Equipment Construction

| | |
|---|---|
| **Insulated Floor:** | 14 gauge SS304 stainless steel, fully welded |
| **Insulated Enclosure:** | 16 gauge SS304 stainless steel, fully welded<br>5" thick polyurethane insulation<br>Electrically heated doors and solid silicon gasket |
| **Conveyor Belt:** | Stainless steel<br>B72-24-16 balanced weave mesh belt<br>Stainless steel C2060 roller chain |
| **Conveyor Structure:** | SS304 stainless steel open structure design<br>Polyethylene rail support |
| **Drive System:** | Direct drive, SEW Eurodrive motor and reducer<br>SS304 Stainless steel shaft<br>Polyethylene sprocket and idler wheels |
| **Infeed & Discharge:** | SS304 stainless steel structure complete with infeed and discharge belt washer and dryer |
| **Circulation fan motors:** | Aluminum centrifugal plug fan wheel and cone<br>External mounted Baldor TEFC E-pac Dirty Duty electric motor |
| **Evaporator Coils:** | 7/8" O.D. stainless steel tube, inline pattern<br>0.020" thick aluminum fins<br>SS304 stainless steel tube sheet |
| **Control Panel:** | SS304 stainless steel enclosure, NEMA4, CUL certified<br>Allen Bradley Compactlogix PLC<br>Allen Bradley Panelview 1000 color touch screen<br>Drive frequency inverters, motor starters, circuit breakers<br>Safety limit switches, emergency push stop |



Order Confirmation 81100

March 11, 2016
Dickinson Frozen Foods

We trust the enclosed Order Confirmation and details meet your requirements. Should you require any further information, please contact us.

**Sincerely,**

**FPS Food Process Solutions Corp**             **Purchase Order Confirmed by:**


**Dickinson Frozen Foods**

Justin Lai                                       Name:_____

VP- Sales & Marketing                            Title:_____