UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DICKINSON FROZEN FOODS, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FPS FOOD PROCESS SOLUTIONS CORPORATION,<br><br>　　　　Defendant.<br><br>FPS FOOD PROCESS SOLUTIONS CORPORATION,<br><br>　　　　Counter-Claimant,<br><br>vs.<br><br>DICKINSON FROZEN FOODS, INC.,<br><br>　　　　Counter-Defendant. | Case No. 1:17-cv-00519-DCN<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND** |

Based upon the Joint Motion and Stipulation to Extend Briefing Page Limitations as to Dickinson's Motion for Reconsideration of the Court's May 21, 2019 Memorandum Decision and Order (Dkt. 69) entered into between the parties and good cause appearing therefore,

IT IS HEREBY ODERED as follows:

1.　　The page limit on Dickinson's Memorandum in Support of its Motion for Reconsideration be extended from 20 pages to 35 pages.

ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND - 1

2. The page limit on FPS's Memorandum in Response to Dickinson's Motion for Reconsideration be extended from 20 pages to 35 pages.

3. Dickinson's Reply Memorandum be extended from 10 pages to 15 pages.

DATED: August 22, 2019

_____
David C. Nye
Chief U.S. District Court Judge