UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DICKINSON FROZEN FOODS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FPS FOOD PROCESS SOLUTIONS CORPORATION, <br><br> Defendant. <br> ——————————————— <br> FPS FOOD PROCESS SOLUTIONS CORPORATION, <br><br> Counter-Claimant, <br><br> vs. <br><br> DICKINSON FROZEN FOODS, INC., <br><br> Counter-Defendant. | Case No. 1:17-cv-00519-DCN <br><br> **ORDER GRANTING JOINT MOTION AND STIPULATION TO AMEND PRIOR CASE MANAGEMENT ORDERS AND SET NEW CASE MANAGEMENT DEADLINES** |

Based upon the Joint Motion and Stipulation to Amend Prior Case Management Orders and Set New Case Management Deadlines (Dkt. 95) entered into between the parties and good cause appearing therefore,

IT IS HEREBY ODERED as follows:

1.      The deadline for the parties to file motions to amend the pleadings is extended to **August 5, 2020**.

2.      The deadline for the parties to supplement their prior expert witness disclosures shall be **August 5, 2020**.

ORDER - 1

3.      The deadline for completion of all discovery in the case, including expert depositions, shall be **October 23, 2020.**

4.      The deadline for the filing of all dispositive motions shall be **November 6, 2020.**

5.      The parties shall not be compelled to attend any mandatory mediation, although the parties are not barred from voluntary attending a mediation should one appear to be fruitful.

DATED: June 12, 2020

David C. Nye
Chief U.S. District Court Judge

ORDER - 2