John F. Kurtz, Jr., ISB No. 2396
Kurtz Law PLLC
910 W. Main Street, Suite 364
Boise, ID 83702
Telephone:  208.287.8127
Facsimile:  208.287.8130
Email: jfk@kurtzlawllc.com

Dane Bolinger, ISB No. 9104
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5232
Email: dbolinger@hawleytroxell.com

Attorneys for Plaintiff/Counter-Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DICKINSON FROZEN FOODS, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>FPS FOOD PROCESS SOLUTIONS CORPORATION,<br><br>  Defendant. | Case No. 1:17-cv-00519-DCN<br><br>NOTICE OF ATTORNEY CONTACT INFORMATION CHANGE |
| FPS FOOD PROCESS SOLUTIONS CORPORATION,<br><br>  Counter-Claimant,<br><br>vs.<br><br>DICKINSON FROZEN FOODS, INC.,<br><br>  Counter-Defendant. | |

NOTICE OF ATTORNEY CONTACT INFORMATION CHANGE - 1

NOTICE is given that co-counsel John F. Kurtz for Plaintiff/Counter-Defendant, Dickinson Frozen Foods, Inc. has updated his contact information from John F. Kurtz of Hawley Troxell Ennis & Hawley LLP to John F. Kurtz of Kurtz Law, PLLC.

Service of all further papers and proceedings in this action, except original process, should be served upon **both** John F. Kurtz of Kurtz Law, PLLC (who shall remain co-counsel of record) and Dane A. Bolinger of Hawley Troxell Ennis & Hawley LLP as indicated:

John F. Kurtz, Jr., ISB No. 2396
Kurtz Law PLLC
910 W. Main Street, Suite 364
Boise, ID 83702
Telephone: 208.287.8127
Facsimile: 208.287.8130
Email: jfk@kurtzlawllc.com

Dane Bolinger, ISB No. 9104
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5232
Email: dbolinger@hawleytroxell.com

DATED THIS 3rd day of February, 2021.

                          HAWLEY TROXELL ENNIS & HAWLEY LLP

                          By */s/ Dane Bolinger*
                              Dane Bolinger, ISB No. 9104
                              Attorneys for Plaintiff/Counter-Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2021, I electronically filed the foregoing NOTICE OF ATTORNEY CONTACT INFORMATION CHANGE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Elijah M. Watkins
Elijah.watkins@stoel.com

Jennifer Palmer
jenny.palmer@stoel.com

/s/ Dane Bolinger
Dane Bolinger