# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DICKINSON FROZEN FOODS, INC.,<br>    Plaintiff,<br>v.<br>FPS FOOD PROCESS SOLUTIONS CORPORATION,<br>    Defendant.<br>FPS FOOD PROCESS SOLUTIONS CORPORATION,<br>    Counterclaimant,<br>v.<br>DICKINSON FROZEN FOODS, INC.,<br>    Counter-Defendant. | Case No. 1:17-cv-00519-MMB<br><br>**ORDER RESPECTING DOCUMENT FORMATTING** |

Chief Judge Nye reassigned this matter on June 21, 2021. ECF 124. Effective immediately, it is hereby **ORDERED** as follows:

1.      All documents created by counsel and filed in this action after the entry of this order shall be set in a 14-point proportionally-spaced serif typeface, except that 13-point type may be used for footnotes. *Cf.* Fed. R. App. P. 32(a)(5)(A). This requirement does not apply to any standard forms, original evidentiary materials, or the like.

2.      The page limits prescribed in the Local Civil Rules are replaced with word-count limits. Documents subject to a 20-page limit under the Rules are subject to a 6000-word limit and documents subject to a 10-page limit under the Rules are subject to a 3000-word limit. The foregoing word-count limits

ORDER RESPECTING DOCUMENT FORMATTING—1

are inclusive of footnotes but do not include the case caption, signature block, any tables of contents or authorities, and any certifications of counsel. (To the extent counsel may need to file anything for which the Local Civil Rules prescribe a page limit of other than 10 or 20 pages, counsel may calculate the applicable word-count limit by multiplying the number of allowed pages under the applicable Rule by 300 words per page.)

3. This order shall automatically terminate upon the reassignment of this matter to another judge.

DATED: June 23, 2021

/s/ *M. Miller Baker*
M. Miller Baker, Judge[1]

---

[1] Judge of the United States Court of International Trade, sitting by designation.

ORDER RESPECTING DOCUMENT FORMATTING—2