# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DICKINSON FROZEN FOODS, INC.,<br>     Plaintiff,<br>v.<br>FPS FOOD PROCESS SOLUTIONS CORPORATION,<br>     Defendant.<br>FPS FOOD PROCESS SOLUTIONS CORPORATION,<br>     Counterclaimant,<br>v.<br>DICKINSON FROZEN FOODS, INC.,<br>     Counter-Defendant. | Case No. 1:17-cv-00519-MMB<br><br>**AMENDED ORDER RESPECTING DOCUMENT FORMATTING** |

The court **AMENDS** the order respecting document formatting (ECF 125) by adjusting the text of paragraph 1 for clarity, adding a new paragraph 3, and renumbering the existing paragraph 3 as paragraph 4, as follows:

    1.    All documents created by counsel and filed in this action after the entry of this order shall be set in a 14-point proportionally-spaced serif typeface,[1] except that 13-point type may be used for footnotes. *Cf*. Fed. R. App. P. 32(a)(5)(A). This requirement does not apply to any standard forms, original evidentiary materials, or other material not prepared on counsel's computer.

---

[1] Sans serif typefaces, e.g., Arial and Helvetica, do not comply with this instruction. For an explanation of the distinction between serif and sans serif typefaces (and why the latter are more difficult to read and thus prohibited in the federal courts of appeals), *see* Fed. R. App. P. 32 advisory committee notes for the 1998 amendments to paragraph (a)(5).

AMENDED ORDER RESPECTING DOCUMENT FORMATTING—1

2. The page limits prescribed in the Local Civil Rules are replaced with word-count limits. Documents subject to a 20-page limit under the Rules are subject to a 6000-word limit and documents subject to a 10-page limit under the Rules are subject to a 3000-word limit. The foregoing word-count limits are inclusive of footnotes but do not include the case caption, signature block, any tables of contents or authorities, and any certifications of counsel. (To the extent counsel may need to file anything for which the Local Civil Rules prescribe a page limit of other than 10 or 20 pages, counsel may calculate the applicable word-count limit by multiplying the number of allowed pages under the applicable Rule by 300 words per page.)

3. Documents subject to the foregoing word-count limit shall include a certificate of compliance stating the word count. Counsel may rely upon the word count stated by word processing software as long as the certificate of compliance contains a statement to that effect that refers to the software used (e.g., "This brief contains 4,321 words as reported by Microsoft Word").

4. This order shall automatically terminate upon the reassignment of this matter to another judge.

DATED: July 7, 2021

/s/ *M. Miller Baker*
M. Miller Baker, Judge[2]

---

[2] Judge of the United States Court of International Trade, sitting by designation.

AMENDED ORDER RESPECTING DOCUMENT FORMATTING—2