Elijah M. Watkins, ISB No. 8977
Email: *elijah.watkins@stoel.com*
Jennifer S. Palmer, ISB No. 11136
Email: *jenny.palmer@stoel.com*
STOEL RIVES LLP
101 S. Capitol Blvd., Ste. 1900
Boise, ID 83702
Telephone: (208) 389-9000
Fax: (208) 389-9040

Attorneys for Defendant/Counterclaimant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DICKINSON FROZEN FOODS, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> FPS FOOD PROCESS SOLUTIONS CORPORATION, <br><br> Defendant/Counterclaimant. | Case No. 1:17-CV-00519-MMB <br><br> **DECLARATION OF ELIJAH M. WATKINS IN SUPPORT OF FPS FOOD PROCESS SOLUTIONS CORPORATION'S MOTION FOR CLERK'S ENTRY OF DEFAULT** |

I, Elijah M. Watkins, declare as follows:

1. I am a partner with the law firm of Stoel Rives LLP, and I am one of the attorneys representing Defendant/Counterclaimant FPS Food Process Solutions Corporation ("FPS") in the above-captioned matter. As such, I have personal

knowledge of the facts and statements contained in this declaration. I submit this declaration in support of FPS's Motion for Clerk's Entry of Default.

2. On December 21, 2017, Dickinson filed its Complaint against FPS in this matter. (ECF. No. 1.)

3. On February 2, 2018, FPS filed its Answer to the Complaint and Counterclaim against Dickinson. (ECF No. 7.)

4. On February 28, 2018, FPS filed its Answer and First Amended Counterclaim against Dickinson. (ECF No. 13.) The First Amended Counterclaim asserted the following causes of action against Dickinson: Count One – Breach of Contract, Count Two – Breach of CISG Article 86, Failure to Preserve Goods, Count Three – Breach of the Implied Covenant of Good Faith and Fair Dealing, Count Four – Defamation Per Se.

5. On March 21, 2018, Dickinson filed a motion to dismiss Count Four of FPS's First Amended Counterclaim. (ECF No. 17.) Dickinson never moved to dismiss Counts One, Two, or Three. FPS opposed. (ECF No. 19.)

6. On June 22, 2018, the Court issued its Memorandum Decision and Order granting Dickinson's motion to dismiss Count Four and granting FPS leave to file a second amended counterclaim to cure deficiencies identified in this decision. (ECF No. 25.) FPS elected not to file a second amended counterclaim to

attempt to cure Count Four.  FPS understood that Count One, Count Two, and Count Three in its First Amended Counterclaim remained operative.

7. Dickinson never filed an answer to FPS's First Amended Counterclaim.

8. Attached hereto as **Exhibit A** is a true and correct copy of the docket report in this matter as of August 12, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  August 12, 2021.

STOEL RIVES LLP

*/s/ Elijah M. Watkins*
Elijah M. Watkins

Attorneys for
   Defendant/Counterclaimant FPS Food
   Process Solutions Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2021, I served a copy of the foregoing **DECLARATION OF ELIJAH M. WATKINS IN SUPPORT OF FPS FOOD PROCESS SOLUTIONS CORPORATION'S MOTION FOR CLERK'S ENTRY OF DEFAULT** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

| | |
|---|---|
| John F. Kurtz, Jr., ISB No. 2396<br>Kurtz Law PLLC<br>910 W. Main Street, Suite 364<br>Boise, ID 83702<br>Telephone: 208-287-8127<br>Facsimile: 208-287-8130<br>Email: jfk@kurtzlawllc.com | Via: CM/ECF Notification |
| Dane Bolinger, ISB No. 9104<br>HAWLEY TROXELL ENNIS & HAWLEY LLP<br>877 Main Street, Suite 1000<br>P.O. Box 83701-1617<br>Boise, ID 83701-1617<br>Telephone: 208-344-6000<br>Facsimile: 208-954-5936<br>Email: dbolinger@hawleytroxell.com | Via: CM/ECF Notification |

                                                        */s/ Elijah M. Watkins*
                                                        Elijah M. Watkins