John F. Kurtz, Jr., ISB No. 2396
Kurtz Law PLLC
910 W. Main Street, Suite 364
Boise, ID 83702
Telephone:  208.287.8127
Facsimile:  208.287.8130
Email:       jfk@kurtzlawllc.com

Dane Bolinger, ISB No. 9104
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5232
Email:       dbolinger@hawleytroxell.com

Attorneys for Plaintiff/Counter-Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DICKINSON FROZEN FOODS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FPS FOOD PROCESS SOLUTIONS CORPORATION, | Case No. 1:17-cv-00519-MMB <br><br> DICKINSON FROZEN FOODS, INC.'S MOTION FOR LEAVE TO FILE AN OVER-LENGTH STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNTS ONE |

DICKINSON FROZEN FOODS, INC.'S MOTION FOR LEAVE TO FILE AN OVER-LENGTH STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNTS ONE AND THREE OF FPS' FIRST AMENDED COUNTERCLAIM - 1

45670.0013.14121162.1

|  |  |
|---|---|
| Defendant. | AND THREE OF FPS' FIRST AMENDED COUNTERCLAIM |
| FPS FOOD PROCESS SOLUTIONS CORPORATION, | |
| Counter-Claimant, | |
| vs. | |
| DICKINSON FROZEN FOODS, INC., | |
| Counter-Defendant. | |

COMES NOW Plaintiff/Counter-Defendant Dickinson Frozen Foods, Inc., by and through its attorneys of record, Hawley Troxell Ennis & Hawley LLP, and pursuant to United States District Court for the District of Idaho Local Rule 7.1, and this Court's Amended Order Respecting Document Formatting (Dkt. 127), and hereby respectfully moves the Court for leave to file an over-length Statement of Material Facts in Support of Dickinson's Motion for Summary Judgment on Counts One and Three of FPS' First Amended Counterclaim in excess of the 10-page/3,000 word

DICKINSON FROZEN FOODS, INC.'S MOTION FOR LEAVE
TO FILE AN OVER-LENGTH STATEMENT OF MATERIAL
FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY
JUDGMENT ON COUNTS ONE AND THREE OF FPS' FIRST
AMENDED COUNTERCLAIM - 2

limit. This Motion is supported by a memorandum filed contemporaneously herewith.

DATED THIS 28th day of September, 2021.

                HAWLEY TROXELL ENNIS &
                HAWLEY LLP

                By  /s/ *Dane Bolinger*
                    John F. Kurtz, Jr., ISB No. 2396
                    Dane Bolinger, ISB No. 9104
                    Attorneys for Plaintiff/Counter-Defendant

DICKINSON FROZEN FOODS, INC.'S MOTION FOR LEAVE TO FILE AN OVER-LENGTH STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNTS ONE AND THREE OF FPS' FIRST AMENDED COUNTERCLAIM - 3

45670.0013.14121162.1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of September, 2021, I electronically filed the foregoing DICKINSON FROZEN FOODS, INC.'S MOTION FOR LEAVE TO FILE AN OVER-LENGTH STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNTS ONE AND THREE OF FPS' FIRST AMENDED COUNTERCLAIM with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Elijah M. Watkins
Elijah.watkins@stoel.com

Jennifer S. Palmer
jenny.palmer@stoel.com


         /s/ *Dane Bolinger*
         John F. Kurtz, Jr.
         Dane Bolinger

DICKINSON FROZEN FOODS, INC.'S MOTION FOR LEAVE TO FILE AN OVER-LENGTH STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON COUNTS ONE AND THREE OF FPS' FIRST AMENDED COUNTERCLAIM - 4

45670.0013.14121162.1