# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DICKINSON FROZEN FOODS, INC., <br>    Plaintiff/Counter-Defendant, <br> v. <br> FPS FOOD PROCESS SOLUTIONS CORPORATION, <br>    Defendant/Counterclaimant. | Case No. 1:17-cv-00519-MMB <br><br> **JUDGMENT** |

1. For the reasons stated in the court's opinion and order respecting summary judgment motions (ECF 157), the court enters **JUDGMENT** on the merits in favor of Defendant FPS Food Process Solutions Corporation (FPS) on all counts of the complaint (ECF 1) filed by Plaintiff Dickinson Frozen Foods, Inc. (Dickinson).

2. For the reasons stated in the court's opinion and order respecting summary judgment motions (ECF 157) and the parties' stipulation (ECF 164), the court enters **JUDGMENT** on the merits in favor of Counter-Defendant Dickinson on all counts of the first amended counterclaim (ECF 13) filed by Counterclaimant FPS.

DATED: October 7, 2022

/s/ *M. Miller Baker*
M. Miller Baker, Judge*

---

* Judge of the United States Court of International Trade, sitting by designation.