John F. Kurtz, Jr., ISB No. 2396
Kurtz Law PLLC
910 W. Main Street, Suite 364
Boise, ID 83702
Telephone:  208.287.8167
Facsimile:  208.287.8130
Email:     jfk@kurtzlawllc.com

Dane Bolinger, ISB No. 9104
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5232
Email:     dbolinger@hawleytroxell.com

Attorneys for Plaintiff/Counter-Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DICKINSON FROZEN FOODS, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> FPS FOOD PROCESS SOLUTIONS CORPORATION, <br><br> Defendant/Counter-Plaintiff. | Case No. 1:17-cv-00519-MMB <br><br> PLAINTIFF DICKINSON FROZEN FOODS, INC.'S NOTICE OF APPEAL |

PLAINTIFF DICKINSON FROZEN FOODS, INC.'S NOTICE OF APPEAL - 1

45670.0013.15155940.1

Plaintiff Dickinson Frozen Foods, Inc. ("Dickinson") appeals the Judgment, Docket Number 166 entered by the United States District Court for the District of Idaho on October 7, 2022, to the United States Court of Appeals for the Ninth Circuit. Pursuant to Federal Rule of Appellate Procedure 3(c)(4), this appeal encompasses, but is not limited to, all orders that, for purposes of appeal, merge into the Judgment. The additional orders upon which Dickinson also seeks appeal include, but expressly are not limited to, the following:

| Date | Docket Number | Order Description |
|---|---|---|
| 05/21/2019 | 69 | Memorandum Decision and Order |
| 09/25/2019 | 88 | Docket Entry Order |
| 06/01/2020 | 93 | Memorandum Decision and Order |
| 06/15/2021 | 123 | Memorandum Decision and Order |
| 07/30/2021 | 128 | Opinion and Order Denying Motions to Amend |
| 08/12/2022 | 157 | Opinion and Order Respecting Summary Judgment Motions |
| 10/07/2022 | 166 | Judgment |

A completed Form 1A "Notice of Appeal from a Judgment or Order of a United States District Court" and a completed Form 6 "Representation Statement" provided by the United States Court of Appeals for the Ninth Circuit is attached to this Notice of Appeal.

DATED THIS 20th day of October, 2022.

                        HAWLEY TROXELL ENNIS & HAWLEY LLP

                        By  */s/ Dane Bolinger*
                           Dane Bolinger, ISB No. 9104
                           Attorneys for Plaintiff/Counter-Defendant

# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Idaho

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: Case No. 1:17-cv-00519-MMB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: December 21, 2017

Date of judgment or order you are appealing: October 7, 2022 (and others)

Docket entry number of judgment or order you are appealing: 166 (and others)

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Dickinson Frozen Foods, Inc.

Is this a cross-appeal?  ◯ Yes   ⦿ No

If yes, what is the first appeal case number? n/a

Was there a previous appeal in this case?  ◯ Yes   ⦿ No

If yes, what is the prior appeal case number? n/a

Your mailing address (if pro se):

n/a

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable): n/a

**Signature** Dane A. Bolinger            **Date** October 20, 2022

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Dickinson Frozen Foods, Inc.

Name(s) of counsel (if any):

Dane A. Bolinger

Address: 877 West Main Street, Suite 2000, Boise, Idaho 83702
Telephone number(s): (208) 388-4826
Email(s): dbolinger@hawleytroxell.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

FPS Food Process Solutions Corporation

Name(s) of counsel (if any):

Elijah M. Watkins

Address: 101 South Capital Blvd., Suite 1900, Boise, Idaho 83702
Telephone number(s): (208) 389-9000
Email(s): elijah.watkins@stoel.com

To list additional parties and/or counsel, use next page.

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                    1                         New 12/01/2018

PLAINTIFF DICKINSON FROZEN FOODS, INC.'S NOTICE OF APPEAL - 5

45670.0013.15155940.1

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Dickinson Frozen Foods, Inc.

Name(s) of counsel (if any):
John F. Kurtz, Jr.

Address: Kurtz Law PLLC, 910 W. Main Street, Suite 364, Boise, Idaho 83702

Telephone number(s): (208) 287-8167

Email(s): jfk@kurtzlawllc.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6      2      New 12/01/2018

PLAINTIFF DICKINSON FROZEN FOODS, INC.'S NOTICE OF APPEAL - 6

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October, 2022, I electronically filed the foregoing PLAINTIFF DICKINSON FROZEN FOODS, INC.'S NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Elijah M. Watkins
Elijah.watkins@stoel.com

Jennifer S. Palmer
jenny.palmer@stoel.com

/s/ Dane Bolinger
Dane Bolinger